TDCJ Offender Details    8/215-01    Page 1 of 2



# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 02088802 |
| **TDCJ Number:** | 01913303 |
| **Name:** | JARAMILLO,JOSE PERFECTO |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1954-03-01 |
| **Maximum Sentence Date:** | 2026-11-22 |
| **Current Facility:** | DUNCAN |
| **Projected Release Date:** | 2026-11-22 |
| **Parole Eligibility Date:** | 2020-05-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1990-06-22 | POSS W/I TO DEL CONT SUBS | 1991-02-12 | LUBBOCK | 90-411,744 | 25-00-00 |
| | | | | | |